# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKANSKA USA BUILDING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendant, | Case No. 2:24-cv-10283-HDV-SK <br><br><br> [PROPOSED] ORDER GRANTING ENTRY OF STIPULATED PROTECTIVE ORDER |
| ZURICH AMERICAN INSURANCE COMPANY, <br> Counter-Claimant, <br><br> v. <br><br> SKANSKA USA BUILDING, INC., <br><br> Counter-Defendant. | |

After a review and consideration of the parties' [Proposed] Stipulated Protective Order submitted herein, for good cause shown, the Court hereby approves and grants the entry of the Stipulated Protective Order in this matter.

IT IS SO ORDERED.

Dated: January 23, 2026

_____
The Honorable Steve Kim
Unites States Magistrate Judge

[PROPOSED] ORDER GRANTING ENTRY OF STIPULATED PROTECTIVE ORDER